## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO  DIVISION

| | | |
|---|---|---|
| **UNITED SPECIALTY INSURANCE COMPANY,** | § § § § § § § § § § § § § § § § | |
| *Plaintiff* | | **CIVIL ACTION NO. 5:23-CV-00441-FB** |
| **v.** | | |
| **J.L.H., L-C CONCRETE, INC., and ESTATE OF LAWRENCE ALAN CONN,** | | |
| *Defendants.* | | |

### PLAINTIFF UNITED SPECIALTY INSURANCE COMPANY'S
### MOTION TO DISMISS

Plaintiff United Specialty Insurance Company ("USIC") moves under Federal Rule of Civil Procedure 41(a)(2), to dismiss with prejudice all claims pending against Defendants J.L.H., L-C Concrete, Inc. dba Texas Concrete Construction of San Antonio and/or Texas Concrete Construction Company, and the Estate of Lawrence Alan Conn and respectfully shows:

1.      USIC brought this Complaint for Declaratory Judgment on April 11, 2023.  This case involves a suit for declaratory judgment as to the existence and extent of USIC's duty to defend and indemnify against claims raised and damages sought in the lawsuit *J.L.H v. Lawrence Alan Conn et al.;* No. 2021C124301 filed in the 131st District Court of Bexar County, Texas ("Underlying Lawsuit"), which case is now settled.

2.      USIC no longer wishes to pursue its claim against Defendants, and the parties have resolved all matters between them.

WHEREFORE, Plaintiff United Specialty Insurance Company moves this Court to dismiss its Complaint as to Defendants J.L.H., L-C Concrete, Inc. dba Texas Concrete

Construction of San Antonio and/or Texas Concrete Construction Company, and the Estate of

Lawrence Alan Conn with prejudice to refiling, and for all other relief to which it is entitled.

Respectfully submitted,


BY:    */s/ Mary "Amy" Cazes Greene*
Mary "Amy" Cazes Greene
TBN 24005627
PHELPS DUNBAR LLP
910 Louisiana Street • Suite 4300
Houston, Texas 77002
Telephone: (713) 626-1386
Telecopier: (713) 626-1388
Email:  amy.greene@phelps.com

**ATTORNEY FOR PLAINTIFF UNITED
SPECIALTY INSURANCE COMPANY**


## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing instrument has been served on all counsel of record via the court's ECF system pursuant to Federal Rules of Civil Procedure on this 20th day of December 2023.

Randall A. Pulman
Byron L. LeFlore, Jr.
Marshall Swanson
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
*Attorneys for Defendant Laura Conn as Executrix of the Estate of Lawrence Alan Conn and Defendant L-C Concrete, Inc. d/b/a Texas Concrete Construction Company*

Phil Watkins
John Philip Watkins
Phil Watkins, P.C.
926 Chulie Drive
San Antonio, Texas 78216

and

Ron Armstrong, II
The Armstrong Firm, PLLC
310 S. Saint Mary's St., Suite 2700
San Antonio, Texas 78205
*Attorneys for Defendant J.L.H.*


*/s/ Mary "Amy" Cazes Greene*
Mary "Amy" Cazes Greene