IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-23-CV-0441-FB |
| J.L.H., L-C CONCRETE, INC., and ESTATE OF LAWRENCE ALAN CONN, | § § § § | |
| Defendants. | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

Before the Court is Plaintiff United Speciality Insurance Company's Motion to Dismiss filed on December 20, 2023 (docket #18). Plaintiff United Speciality Insurance Company asks this Court to dismiss all pending claims against Defendant J.L.H. L-Concrete, Inc. and the Estate of Lawrence Alan Conn pursuant to Federal Rule of Civil Procedure 41(a)(2) in the above referenced matter because the parties have resolved all matters and United Speciality no longer desires to prosecute its claims against the defendants. No response or opposition to the motion has been received. The Court finds the motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that Plaintiff United Speciality Insurance Company's Motion to Dismiss (docket #18) is GRANTED such that IT IS ORDERED, ADJUDGED and DECREED that pursuant to Federal Rule of Civil Procedure 41(a)(2), all of Plaintiff's claims against the Defendants J.L.H. L-Concrete, Inc. and the Estate of Lawrence Alan Conn and this case are DISMISSED WITH PREJUDICE. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of January, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE